IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                            Criminal No. 5:07CR9DCB-LRA

MARY T. IRVING

ORDER RE-SCHEDULING DEADLINES

This cause is before the Court for amendment of deadlines following the granting of the government's motion for continuance. It is hereby ordered that the deadlines are extended as follows:

|  |  |
|---|---|
| Non-dispositive motions | August 17, 2007 |
| Dispositive motions | August 31, 2007 |
| Instructions, Exhibit list and Witness list | Five days before trial. |

ORDERED this the   25th   day of   July  , 2007.

　　　　　　　　　　　　　　　　　　　　　　 s/ David Bramlette
　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　David C. Bramlette, III