IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

V.  Criminal No. 5:07CR9DCB-LRA

MARY T. IRVING

AGREED ORDER CONTINUING TRIAL

CAME ON for consideration this date, the joint motion of the government and the defendant to continue this trial from its present setting of September 17, 2007, and the Court, being of the opinion that a short continuance is justified under 18 U.S.C. § 3161(h)(8)(A) in order to be able to try this case in the new federal courthouse in Natchez, and being advised that the parties do not object to the continuance and waive any speedy trial rights thereto.

IT IS ORDERED that the trial of this cause be continued until November 5, 2007, and that said trial will take place in the new federal courthouse in Natchez, Mississippi.

It is hereby further ordered that the deadlines are extended as follows:

Non-dispositive motions	September 17, 2007

Dispositive motions	October 1, 2007

Instructions, Exhibit list	Five days before trial.

and Witness list

ORDERED this the __20th__ day of __August__, 2007.

    __s/ David Bramlette__
    Senior United States District Judge
    David C. Bramlette, III